December 22, 2006

Ms. Michelle E. Robberson
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Mr. Jesse L. Nickerson III
Nickerson Law Office
39 North Main Street
Paris, TX 75460

RE: Case Number: 04-0427
 Court of Appeals Number: 06-03-00036-CV
 Trial Court Number: 61552

Style: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
 v.
 TERESA NICKERSON

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice O'Neill not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Linda Rogers |
| |Marvin Ann |
| |Patterson |
| |Mr. J. Wade |
| |Birdwell |